**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7979

WILLIE ALBERT SULLIVAN,

Plaintiff - Appellant,

versus

LEROY CARTLEDGE; SCOTT LEWIS; BUSH; DAVIS,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  C. Weston Houck, Senior District Judge.  (CA-03-1091-8-12)

Submitted:  March 10, 2005          Decided:  March 15, 2005

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Willie Albert Sullivan, Appellant Pro Se. Steven Michael Pruitt, MCDONALD, PATRICK, TINSLEY, BAGGETT & POSTON, Greenwood, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie Albert Sullivan appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sullivan v. Cartledge, No. CA-03-1091-8-12 (D.S.C. Mar. 8, 2004; Nov. 5, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED